Without encumbering this opinion with the reasons alleged in the petition for the delay, it is sufficient to say that they are insufficient to justify a delay of over thirty years.

In our opinion the record fails to show sufficient merit to the appeal to require the granting of the petition.

*Petition denied.*

Landis, C. J., Arterburn, Achor and Emmert, JJ., concur.

NOTE.—Reported in 135 N. E. 2d 247.

Certiorari denied, 352 U. S. 944.

LOBAUGH *v.* OVERLADE, ETC.

[No. 0-452. Filed December 11, 1956.]

*Ralph W. Lobaugh, pro se.*

PER CURIAM.—This is a petition for a writ of *habeas corpus,* filed as an original action. This court does not have original jurisdiction of *habeas corpus. Jones* v. *Dowd, Warden* (1941), 219 Ind. 114, 37 N. E. 2d 68; *State ex rel. Jones* v. *Smith,* v. *Hornaday* (1942), 220 Ind. 645, 45 N. E. 2d 203, 46 N. E. 2d 199; *State ex rel. Taylor* v. *Dowd, Warden* (1944), 222 Ind. 289, 53 N. E. 2d 543.

Petition dismissed.

NOTE.—Reported in 138 N. E. 2d 381.

STATE EX REL. WILLIAMS *v.* ST. JOSEPH COUNTY CIRCUIT COURT (No. 2).

[No. 0-454. Filed January 10, 1957.]

*Forrester Williams, pro se.*

PER CURIAM.—This matter purports to be a petition for writ of mandate. Rule 2-35 of this court, 1954 Edition, provides that petitions for writs of mandate shall be verified and filed in triplicate and if the relief sought relates to a proceeding in an inferior court, as does the petition herein, certified copies of all pleadings, orders and entries pertaining to the subject matter must be set out in the petition, or submitted as exhibits thereto.

Petitioner herein has not complied with this rule and for that reason said petition is dismissed.

NOTE.—Reported in 139 N. E. 2d 438.

STATE EX REL. MYLES *v.* SEDWICK, JR., AS JUDGE, ETC., ET AL.

[No. 0-464. Filed January 10, 1957.]

*Willie Eddie Myles, pro se.*

PER CURIAM.—This matter purports to be a petition for writ of mandate. Rule 2-35 of this court, 1954 Edition, provides that petitions for writs of mandate shall be verified and filed in triplicate and if the relief sought relates to a proceeding in an inferior court, as does the petition herein, certified copies of all pleadings, orders and entries pertaining to the subject matter must be set out in the petition, or submitted as exhibits thereto.

Petitioner herein has not complied with this rule and for that reason said petition is dismissed.

NOTE.—Reported in 139 N. E. 2d 435.

STATE EX REL. DELK *v.* MURRAY, JUDGE LAKE CRIMINAL COURT.

[No. 0-459. Filed January 10, 1957.]